# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700326

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## FRANCISCO M. SEBASTIAN
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Terrance J. Reese, USMC.
Convening Authority: Commanding Officer, 1st Battalion, 10th Marine
Regiment, 2d Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel
Keith A. Parrella, USMC.
For Appellant: Commander Brian L. Mizer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 26 January 2018

———————————————

Before MARKS, JONES, and GERDING, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court